**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISIONN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | 1:22-CR-00269 |
| **CALEB AUGUSTINE** | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge Susan Hightower's Report and Recommendation (R&R) entered in the above-captioned cause on June 20, 2024, in connection with United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision, filed June 4, 2024. The parties have waived their right pursuant to 28 U.S.C. § 636(b)(1)(C) to object to this Report and Recommendation.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen (14) days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to file written objections to the R&R within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district court of the proposed findings and recommendations. *Id.* Moreover, except upon grounds of plain error, it shall also bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district court to which no objections were filed. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989) (per curiam).

The Court, after reviewing the Magistrate Judge's R&R for clear error, finds it to be neither clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court

accepts the Magistrate Judge's findings and recommendations and **ADOPTS** the R&R in its entirety.

    It is so **ORDERED**.

    SIGNED this 2nd day of July, 2024.

                                                          DAVID COUNTS
                                                          UNITED STATES DISTRICT JUDGE